FILED
December 16, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. CR.S-08-0544-GEB
          Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
JASON LEE, )
)
          Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JASON LEE, Case No. CR.S-08-0544-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $100,000.00.

    _X_   Unsecured Appearance Bond

    ___   Appearance Bond with Surety

    _X_   (Other) Conditions as stated on the record.

    ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _12/16/08_ at 2:57pm

By _____
Edmund F. Brennan
United States Magistrate Judge